J. HENRY ESSER, Respondent, *v.* VILLAGE OF MAMARONECK, Appellant.

Argued June 7, 1943; decided July 20, 1943.

*Anthony Sansone* for appellant.

*John J. Dillon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.